UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ED LAUR AND MARLA LAUR § § | | |
| Plaintiffs, § § | | |
| vs. § § | CIVIL ACTION NO. 2:21-cv-00246-Z | |
| SAFECO INSURANCE COMPANY § OF INDIANA, § § | | |
| Defendant. § | (JURY TRIAL) | |

### DEFENDANT SAFECO INSURANCE COMPANY OF INDIANA'S
### MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant Safeco Insurance Company of Indiana ("Safeco") files its Motion for Summary Judgment, requesting that the Court dismiss each claim alleged against it by Plaintiffs, and would respectfully show the Court as follows:

### I. SUMMARY

Filed contemporaneously with the Motion is Safeco Brief in Support of its Motion for Summary Judgment (the "Brief"). Pursuant to Local Rule 56.3(b), each of the matters required in Local Rule 56.3(a) are set forth in Defendant's Brief.

### II. REQUEST FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Defendant Safeco Insurance Company of Indiana respectfully requests that the Court grant its Motion for Summary Judgment, dismiss Plaintiffs'

claims against it, award Safeco its costs of court; and grant all other relief, general or special, at law or in equity, to which Safeco may be justly entitled.

Respectfully submitted,

*/s/Kieran W. Leary*
**Kieran W. Leary**
Texas State Bar No. 24108517
kieranl@tbmmlaw.com
**TOLLEFSON BRADLEY MITCHELL & MELENDI, LLP**
2811 McKinney Avenue, Suite 250
Dallas, TX 75204
(214) 665-0100 – Telephone
(214) 665-0199 – Facsimile

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of December, 2022, the foregoing document was forwarded to all counsel of record via the Court's CM/ECF filing system.

*/s/Kieran W. Leary*
**Kieran W. Leary**
