UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ED LAUR AND MARLA LAUR § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| vs. § | CIVIL ACTION NO. 2:21-cv-00246-Z | |
| § | | |
| SAFECO INSURANCE COMPANY § | | |
| OF INDIANA, § | | |
| § | | |
| Defendant. § | (JURY TRIAL) | |

### DEFENDANT SAFECO INSURANCE COMPANY OF INDIANA'S APPENDIX IN SUPPORT OF ITS MOTION TO FOR SUMMARY JUDGMENT

**NOW COMES,** Defendant Safeco Insurance Company of Indiana ("Safeco"), and files its Appendix in Support of its Motion for Summary Judgment The exhibits referenced herein are sequentially numbered beginning with "Appx. 1," and as further identified below.

**Exhibit A**: Declaration of Josh Zanchettin (**App. 001-003**)

   **Exhibit A-1**: Certified copy of Policy No. OY8083312 (**App. 004-110**)

   **Exhibit A-2**: Safeco's March 24, 2021 coverage position correspondence (**App. 111-113**)

   **Exhibit A-3:** Edward Laur's March 25, 2021 e-mail (**App. 114**)

   **Exhibit A-4:** Safeco's August 13, 2020 estimate for claim number 042857786-01 (**App. 115-125**)

   **Exhibit A-5**: Safeco's August 13, 2020 coverage position correspondence for claim number 042857786-01 (**App. 126-127**)

**Exhibit B**: Affidavit of Kieran W. Leary (**App. 128-129**)

   **Exhibit B-1**: Deposition Transcript from the September 28, 2022 deposition of Marla Laur (**App. 130-233**)

   **Exhibit B-2**: Deposition Transcript from the September 28, 2022 deposition of Ed Laur (**App. 234-258**)

**Exhibit C**: Affidavit of Chris Royce (**App. 259**)

**Exhibit C-1**: Chris Royce's March 18, 2021 expert report (**App. 260-281**)

Respectfully submitted,

*/s/Kieran W.* Leary
**Kieran W. Leary**
Texas State Bar No. 24108517
kieranl@tbmmlaw.com
**TOLLEFSON BRADLEY MITCHELL & MELENDI, LLP**
2811 McKinney Avenue, Suite 250
Dallas, TX 75204
(214) 665-0100 – Telephone
(214) 665-0199 – Facsimile
**ATTORNEY FOR DEFENDANT**

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that on December 1, 2022 a true and correct copy of the foregoing was served in accordance with the Federal Rules of Civil Procedure upon all counsel of record.

*/s/Kieran W.* Leary
**Kieran W. Leary**