IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ED LAUR, *et al.*, | |
| Plaintiffs, | |
| v. | 2:21-CV-246-Z-BR |
| SAFECO INSURANCE COMPANY OF INDIANA, | |
| Defendant. | |

## ORDER

Before the Court is Defendant's Motion for Summary Judgment ("Motion") (ECF No. 28), Plaintiffs' Motion for Partial Summary Judgment (ECF No. 31) and Motion to Strike and for Sur-Reply (ECF No. 48). The United States Magistrate Judge entered Findings, Conclusions, and a Recommendation ("FCR") to grant the Motion and deny Plaintiffs' motions. *See* ECF No. 52. Plaintiffs filed objections to the FCR, which were responded to by Defendant. *See* ECF Nos. 53, 54. The Court has reviewed the Motion, briefing, and relevant law — as well as the FCR, objections, and response to the objections. For the reasons stated in Defendant's response, the Court overrules Plaintiffs' objections and concludes the FCR is correct. The Court therefore **ADOPTS** the FCR of the United States Magistrate Judge and hereby **GRANTS** the Motion.

**SO ORDERED.**

March 14, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE